**DISMISS and Opinion Filed December 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00719-CV**

**IN THE INTEREST OF S.L., J.L., AND L.L., CHILDREN**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-53803-2020**

**MEMORANDUM OPINION**
Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

By notice of appeal filed August 24, 2021, appellant challenges the trial court's August 4, 2021 "order on motion for enforcement." The order holds appellant in contempt and confines him to county jail.

Because contempt orders involving confinement are only reviewable by writ of habeas corpus, we questioned our jurisdiction over this appeal. *See In re M.J.*, 227 S.W.3d 786, 793 (Tex. App.—Dallas 2006, pet. denied) (orig. proceeding). At our direction, appellant filed a letter brief in response, stating he "desires to appeal the matter in its entirety" and noting a final order was signed September 7, 2021.

An appeal of "the matter in its entirety," however, does not give us jurisdiction over an order of contempt involving confinement. *See id.* Additionally, the

September 7th final order is the subject of appellate cause number 05-21-00874-CV, and that appeal "brought forward the entire case." *See Gunnerman v. Basic Capital Mgmt., Inc.*, 106 S.W.3d 821, 824 (Tex. App.—Dallas 2003, pet. denied). Accordingly, in light of the circumstances before us, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210719F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.L., J.L., AND L.L., CHILDREN

No. 05-21-00719-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas Trial Court Cause No. 417-53803-2020.
Opinion delivered by Chief Justice Burns, Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered December 2, 2021.